UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENKI RODRIGUEZ-MORALES,<br><br>                    Plaintiff,<br><br>     -against-<br><br>CENTER FOR URBAN COMMUNITY SERVICES, ET AL.,<br><br>                    Defendants. | 25 CIVIL 0800 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the June 2, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 5, 2025
             New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge